
FILED
JUL 12 2018
Clerk, U.S. District Court
District Of Montana
Great Falls

**TARA J. ELLIOTT**
Assistant U.S. Attorney
U.S. Attorney's Office
P.O. Box 8329
Missoula, MT 59807
105 E. Pine, 2nd Floor
Missoula, MT 59802
Phone: (406) 542-8851
FAX: (406) 542-1476
tara.elliott@usdoj.gov

**ATTORNEY FOR PLAINTIFF**
**UNITED STATES OF AMERICA**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## MISSOULA DIVISION

| UNITED STATES OF AMERICA, | CR 18- 41 -M- DLC |
|---|---|
| Plaintiff, | **INDICTMENT** |
| vs. | **CONSPIRACY TO DISTRIBUTE METHAMPHETAMINE**<br>Title 21 U.S.C. § 846 (Count I)<br>(Penalty: Mandatory minimum five to 40 years imprisonment, $5,000,000 fine, and at least four years supervised release) |
| STEVEN TYLER SIMPKINS,<br><br>Defendant. | |
| | **POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE**<br>Title 21 U.S.C. § 841(a)(1) (Count II)<br>(Penalty: Mandatory minimum five to 40 years imprisonment, $5,000,000 fine, and at least four years supervised release) |

1

|   |   |
|---|---|
|   | **POSSESSION OF A FIREARM IN FURTHERANCE OF A DRUG TRAFFICKING CRIME**<br>Title 18 U.S.C. § 924(c)(1)(A)(i)<br>(Count III)<br>(Penalty: Mandatory minimum five years to life imprisonment, consecutive to any other sentence, $250,000 fine, and five years supervised release.)<br><br>**PROHIBITED PERSON IN POSSESSION OF A FIREARM**<br>Title 18 U.S.C. § 922(g)(1) (Count IV)<br>(Penalty: Ten years imprisonment, $250,000 fine and three years supervised release)<br><br>**FORFEITURE**<br>21 U.S.C. § 853<br>21 U.S.C. § 881(a)(11)<br>18 U.S.C. § 924(d)<br><br>**TITLE 21 PENALTIES MAY BE ENHANCED FOR PRIOR DRUG-RELATED FELONY CONVICTIONS** |

THE GRAND JURY CHARGES:

COUNT I

Beginning in approximately Spring of 2017, and continuing until approximately June 13, 2018, in Missoula County, in the State and District of Montana, and elsewhere, the defendant, STEVEN TYLER SIMPKINS, knowingly and unlawfully conspired with others, both known and unknown to the Grand Jury, to distribute, in violation of 21 U.S.C. § 841(a)(1), 50 grams or more of a

substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 846.

## COUNT II

On or about April 5, 2018, at Missoula and within Missoula County, in the State and District of Montana, the defendant, STEVEN TYLER SIMPKINS, knowingly and unlawfully possessed with the intent to distribute, five grams or more of actual methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

## COUNT III

Beginning in approximately Spring of 2017, and continuing until approximately June 12, 2018, at Missoula and within Missoula County, in the State and District of Montana, and elsewhere, the defendant, STEVEN TYLER SIMPKINS, knowingly possessed a firearm in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, namely conspiracy to distribute methamphetamine and possession with intent to distribute methamphetamine, as alleged in Counts I and II above, in violation of 18 U.S.C. § 924(c)(1)(A)(i).

## COUNT IV

On or about April 5, 2018, at Missoula and within Missoula County, in the State and District of Montana, the defendant, STEVEN TYLER SIMPKINS, having been convicted of a crime punishable by imprisonment for a term exceeding one year under the laws of the State of Florida, knowingly possessed, in and affecting interstate commerce, a firearm, in violation of 18 U.S.C. § 922(g)(1).

## FORFEITURE ALLEGATION

Upon conviction of the any offense set forth in Counts I and II of this indictment, the defendant, STEVEN TYLER SIMPKINS, shall forfeit, pursuant to 21 U.S.C. §§ 853(a)(1) and (2) 881(a)(11): (1) any property constituting and derived from any proceeds obtained, directly and indirectly, as a result of said offense; (2) any property used and intended to be used, in any manner and part, to commit, and facilitate the commission of said offense; and (3) any firearm used and intended to be used to facilitate the transportation, sale, receipt, possession, and concealment of controlled substances and any proceeds traceable to such property. The property to be forfeited includes, but is not limited to, the following:

- Gold Motorola cell phone;
- Green Samsung cell phone;
- White plastic box with 45 rounds of .380 caliber ammunition;

- 25 rounds of .380 caliber ammunition;
- Black holster;
- Four empty firearm magazines; and
- Smith and Wesson pistol, serial number KCC2325.

Pursuant to 18 U.S.C. § 924(d), if convicted of any offense alleged in Counts III and IV of this indictment, the defendant, STEVEN TYLER SIMPKINS, shall forfeit to the United States any firearm used in a knowing commission of said offense, including a Smith and Wesson pistol, serial number KCC2325.

A TRUE BILL.

Foreperson signature redacted. Original document filed under seal.

_____
KURT G. ALME
United States Attorney

for: _____
JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney

Crim. Summons_____
Warrant:_____
Bail:_____

In Federal Custody
Arraignment 7/16/18 @ 11am
Judge Lynch - Mslg

5