IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



| UNITED STATES OF AMERICA, | CR 18–41–M–DLC |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| STEVEN TYLER SIMPKINS, | |
| Defendant. | |

This matter comes before the Court on the United States' motion for final order of forfeiture. Having reviewed said motion, the Court finds:

1. The United States commenced this action pursuant to 21 U.S.C. § 853(a)(1) and (2), 21 U.S.C. § 881(a)(11), and 18 U.S.C. § 924(d).

2. A preliminary order of forfeiture was entered on October 1, 2018. (Doc. 35.)

3. All known interested parties were provided an opportunity to respond and publication has been effected as required by 21 U.S.C. § 853(n)(1). (Doc. 43.)

4. It appears there is cause to issue a forfeiture order under 21 U.S.C. § 853(a)(1) and (2), 21 U.S.C. § 881(a)(11), and 18 U.S.C. § 924(d).

It is therefore ORDERED, DECREED AND ADJUDGED that:

1. The motion for final order of forfeiture is GRANTED.

-1-

2. Judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 21 U.S.C. § 853(a)(1) and (2), 21 U.S.C. § 881(a)(11), and 18 U.S.C. § 924(d), free from the claims of any other party, the following property:

- One Gold Motorola cell phone;
- Green Samsung cell phone;
- White plastic box with 45 rounds of .380 caliber ammunition;
- 25 rounds of .380 caliber ammunition;
- Black holster;
- Four empty firearm magazines; and
- Smith and Wesson pistol, serial number KCC2325.

3. The United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

DATED this 12th day of February, 2019.

Dana L. Christensen, Chief Judge
United States District Court